No. 72–5123. DAVIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 72–5127. LACAZE ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 72–5130. SALAZAR v. NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 72–5131. LEWIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 